# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., a Delaware corporation,<br>PFIZER IRELAND PHARMACEUTICALS, an<br>Irish partnership, and WARNER–LAMBERT<br>COMPANY, LLC, a Delaware limited liability<br>company, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1214 (JJF) |
| v. | ) ) ) | |
| GERARD GIBSON, an individual,<br>d/b/a ALLPILLS.US, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff instituted this action to, *inter alia,* halt the unauthorized sale of "Generic Lipitor" into the United States via the internet (DI 1). Plaintiff diligently attempted to effect service of process but its efforts were unsuccessful. Consequently, Plaintiff Pfizer Inc, by its undersigned counsel, hereby dismisses the above-referenced action against Defendant, without prejudice, pursuant to Fed.R. Civ. P. 41(a)(1).

Connolly Bove Lodge & Hutz LLP

_____*/s/ James D. Heisman*_____
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Dated: Feb. 8, 2006

**IT IS SO ORDERED** this ____ day of February, 2006.

_____
U.S. District Court Judge